UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1142
(3:17-cv-00051-NKM)

_____

ANTOINE POTEAT

      Plaintiff - Appellant

v.

CHRIS JENKINS, Chief Culpeper Sheriff's Office; OFFICER COLE, Culpeper Police Department; M.K. WOOTEN, Culpeper Sheriff's Office; SCOTT JENKINS, Chief Culpeper Police Department

      Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
|---|---|
| Originating Case Number | 3:17-cv-00051-NKM |
| Date notice of appeal filed in originating court: | 02/05/2026 |
| Appellant(s) | Antoine Poteat |
| Appellate Case Number | 26-1142 |
| Case Manager | K. Hancock<br>804-916-2702 |